**Order entered December 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00477-CV

### IN THE INTEREST OF: Z.C.S., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-2032**

## ORDER

On the Court's own motion, we **WITHDRAW** our opinion and **VACATE** the judgment of October 9, 2014.

After submission of the appeal and issuance of the original opinion, appellate counsel for appellant Mother filed a motion to withdraw as counsel and an *Anders* brief stating there are no arguable issues to raise. Counsel did not file an extension motion explaining why the brief was tendered four months after it was due and nearly two months after the appeal was submitted. Nevertheless, in the interest of justice, we **ORDER** the brief of appellant Mother received on November 25, 2014, filed as of the date of this order.

In the motion to withdraw, counsel states that he informed appellant Mother of her right to request the record and file a pro se response, but he does not state that he provided her with a copy of the record. Appellant Mother has the right, if she so desires, to review the appellate record and file a pro se response. If appellant Mother desires to review the appellate record and

file a pro se response, she must notify the Court in writing by **JANUARY 7, 2015,** and make such a request.  Otherwise, the appeal will be submitted upon the *Anders* brief filed by counsel.

We **DIRECT** the Clerk of this Court to  send, by first-class mail, copies of  this order and the *Anders* brief to Jennifer Lynn Sykes, 9650 Farmington Road, Van Alstyne, Texas 75495.

We **DIRECT** the Clerk to send copies of this order and the *Anders* brief, by electronic transmission, to counsel for all parties.


/Craig Stoddart/
CRAIG STODDART
JUSTICE